**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, | No. 10-17826 |
| Plaintiff - Appellant, | D.C. No. 1:09-cv-00537-DAE-LEK |
| v. | |
| LEXINGTON INSURANCE COMPANY; DOE DEFENDANTS 1-10, | ORDER[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted October 16, 2012[**]
Honolulu, Hawaii

Before: REINHARDT, THOMAS, and PAEZ, Circuit Judges.

In light of the Supreme Court of Hawai'i's decision addressing the certified

questions in this case, the district court's order granting summary judgment to

Defendants-Appellees and denying summary judgment to Plaintiff-Appellant is

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

VACATED. This case is REMANDED to the district court for further proceedings consistent with the Supreme Court of Hawai'i's decision in *Nautilus Insurance Co. v. Lexington Ins. Co.*, No. SCCQ-12-0000977, 2014 WL 560805 (Haw. Feb. 13, 2014).

Each party shall bear its own costs on this appeal.